IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-539-MR-DCK

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) **ORDER** |
| v. | )<br>) |
| KONICA MINOLTA BUSINESS SOLUTIONS USA, INC., et al., | )<br>)<br>) |
| Defendants. | ) |

THIS MATTER is before the Court on the Plaintiff's "Application For Admission To Practice *Pro Hac Vice*" pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Christina E. Norland Audigier, of the law firm of Duane Morris, LLP, is a member in good standing of the Bars of Pennsylvania, New Jersey, and the District of Columbia.

It further appears that Ms. Audigier has associated Theresa Sprain of Womble, Carlyle, Sandbridge & Rice, PLLC as local counsel.

IT IS THEREFORE ORDERED that Christina E. Norland Audigier be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Plaintiff.

Signed: February 3, 2009

David C. Keesler
United States Magistrate Judge