# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-539-MR-DCK

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) **ORDER** |
| v. | )<br>) |
| KONICA MINOLTA BUSINESS SOLUTIONS USA, INC., et al., | )<br>)<br>) |
| Defendants. | ) |

THIS MATTER is before the Court on the Defendant Konica Minolta Business Solutions USA, Inc.'s "Application For Admission To Practice *Pro Hac Vice*" pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Sue Erwin Harper, of the law firm of Nelson Mullins Riley & Scarborough, LLP, is a member in good standing of the Bar of the State of South Carolina.

It further appears that Ms. Harper has associated Matthew P. McGuire of Nelson Mullins Riley & Scarborough, LLP as local counsel.

IT IS THEREFORE ORDERED that Sue Erwin Harper be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendant Konica Minolta Business Solutions USA, Inc.

Signed: February 6, 2009

_____
David C. Keesler
United States Magistrate Judge